## DISCRETIONARY APPEALS ALLOWED

**96–2656. Castle Nursing Home, Inc. v. Sullivan.**
Holmes App. No. 95CA541. *Sua sponte,* cause held for the decision in 95–2014 and 95–2031, *Goldfuss v. Davidson,* Portage App. No. 94–P–0010; briefing schedule stayed.

**96–2865. State v. Golphin.**
Cuyahoga App. No. 69266.
PFEIFER and COOK, JJ., dissent.

**97–19. State v. Sallie.**
Lucas App. No. L–95–263.
F.E. SWEENEY and COOK, JJ., dissent.
RESNICK, J., not participating.

**97–61. Kinkle v. Kinkle.**
Allen App. No. 1–96–40.
F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

**97–64. State v. Patterson.**
Cuyahoga App. Nos. 69551, 69552 and 69553.
PFEIFER, J., dissents.

**97–137. Buckeye Community Hope Found. v. Cuyahoga Falls.**
Cuyahoga App. No. 17933.
COOK, J., dissents.

